**DENY Opinion Filed May 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00810-CV**

**IN RE AURELIA HEPPNER, Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-21273**

**MEMORANDUM OPINION**
Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Schenck

Relator's petition for writ of mandamus challenges the trial court's September 13, 2021 order granting real party in interest's motion for E.B. and J.B. to be interviewed in the underlying suit affecting parent-child relationship. Relator contends the trial court abused its discretion in ordering that the eighteen-year-old, J.B., be interviewed in-chambers under Family Code Section 153.009 arguing that J.B. is not a child as defined in Family Code Section 101.003 for the purposes of such interview. *See* TEX. FAM. CODE §§ 101.003, 153.009. Relator also argues

that the trial court abused its discretion in ordering that the in-chambers interview be conducted by Family Court Services.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of relator's petition and record, real party's response, and relator's reply and supplemental record, we conclude relator has failed to demonstrate a clear abuse of discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also lift the stay we ordered on September 23, 2021 as to the interviews.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210810F.P05